IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KELLY D. PORCH and MICHELLE R. PORCH,<br><br>Plaintiffs/Counter-defendants,<br><br>vs.<br><br>OCHOA'S CONSTRUCTION, INC.; PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP; GOLDEN STATE CLAIMS ADJUSTERS; and JOHN DOES I-V,<br><br>Defendants/Counter-claimants. | CV 17-93-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is defendants Preferred Contractors Insurance Company Risk Retention Group's ("PCIC") and Golden State Claims Adjusters' ("Golden State") (collectively, "Defendants") Motion to Stay Pretrial Proceedings and Motion for Protective Order Pending the Court's Ruling on Defendants' Objections to the Findings and Recommendations. (Doc. 41.)

Defendants' motion seeks a stay of pretrial proceedings and a protective order pending Judge Watters' ruling on the Court's January 22, 2018, Findings and Recommendations of U.S. Magistrate Judge ("F&R"). (*See* Doc. 38.) Judge

1

Watters issued an Order adopting the F&R in full on February 26, 2018. Accordingly,

Defendants' motion is **DENIED** as moot. The parties shall confer regarding a joint discovery plan and statement of stipulated facts in accordance with the Court's contemporaneously filed Order Setting Preliminary Pretrial Conference and Associated Deadlines.

DATED this 2nd day of April, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge