UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KELLY D. PORCH and MICHELLE R. PORCH,<br><br>Plaintiffs,<br><br>vs.<br><br>OCHOA'S CONSTRUCTION, INC.; PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP; GOLDEN STATE CLAIMS ADJUSTERS; and JOHN DOES I-V,<br><br>Defendants. | Case No. CV-17-93 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    **ORDERED** that the Order Granting Filing of Second Amended Complaint (Doc. 27) is VACATED; and Plaintiffs' claims against PCIC and Golden state are DISMISSED without prejudice, to be raised again in the context of a separate action, subject to whatever defenses any defendant may have to those claims.

    Dated this 3rd day of July, 2018.

                                          TYLER P. GILMAN, CLERK

                                          By: /s/ A. Carrillo
                                          A. Carrillo, Deputy Clerk